IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMUEL TEPPER,<br><br>              Plaintiff,<br><br>vs.<br><br>TALENT PLUS, INC.,<br><br>              Defendant. | 4:21-CV-3033<br><br>ORDER |

For the reasons stated in the Magistrate Judge's order of December 19, 2022 (filing 53) and the Court's memorandum and order of October 25, 2022 (filing 45), the Court finds that the Magistrate Judge's order was neither clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). Accordingly,

IT IS ORDERED that the plaintiff's objection (filing 54) is overruled.

Dated this 27th day of April, 2023.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge